

# JUDGMENT

# Court of Appeals

# First District of Texas

NO. 01-14-00556-CV

MIKE BIRNBAUM AND BEVERLY BIRNBAUM, Appellants

V.

GENA J. ATWELL, PHYLLIS BROWNING,
PHYLLIS BROWNING COMPANY, AND MIMI WEBER, Appellees

Appeal from the 166th District Court of Bexar County.   (Tr. Ct. No. 2013-CI-15152).

This case is an appeal from the final judgment signed by the trial court on March 18, 2014.   After submitting the case on the appellate record and the arguments properly raised by the parties, the Court holds that there was error in the portion of the trial court's judgment that awards appellate attorney's fees without conditioning their recovery on a successful appeal.   Accordingly, the Court **modifies** the portions of the trial court's final judgment awarding attorney's fees set forth at numbered paragraphs 2(B) through (D) and 3(B) through (D) to provide as follows:

2(B).   Contingent on Defendant GENA ATWELL's success on appeal, for appeal to a Texas intermediate court of appeals, the additional sum of       $30,000.00

| | | |
|---|---|---|
| 2(C). | Contingent on Defendant GENA ATWELL's success on appeal, for preparation of a petition for review to the Texas Supreme Court, the additional sum of | $15,000.00 |
| 2(D). | Contingent on Defendant GENA ATWELL's success on appeal, in the event that Texas Supreme Court grants the petition for review and orders full briefing on the merits, the additional sum of | $25,000.00 |

*  *  *

| | | |
|---|---|---|
| 3(B). | Contingent on Defendants PHYLLIS BROWNING, MIMI WEBER, and THE PHYLLIS BROWNING COMPANY's success on appeal, for appeal to a Texas intermediate court of appeals, the additional sum of | $30,000.00 |
| 3(C). | Contingent on Defendants PHYLLIS BROWNING, MIMI WEBER, and THE PHYLLIS BROWNING COMPANY's success on appeal, for preparation of a petition for review to the Texas Supreme Court, the additional sum of | $15,000.00 |
| 3(D). | Contingent on Defendants PHYLLIS BROWNING, MIMI WEBER, and THE PHYLLIS BROWNING COMPANY's success on appeal, in the event that Texas Supreme Court grants the petition for review and orders full briefing on the merits, the additional sum of | $25,000.00 |

The Court further holds that there was no reversible error in the remaining portions of the trial court's judgment.  Therefore, the Court **affirms** the trial court's judgment **as herein modified**.

The Court orders that the appellants, Mike Birnbaum and Beverly Birnbaum, jointly and severally, pay all appellate costs.

The Court **orders** that this decision be certified below for observance.

Judgment rendered August 20, 2015.

Panel consists of Justices Jennings, Bland, and Brown. Opinion delivered by Justice Bland.